# Exhibit 2

| | |
|---|---|
| 1. A power charging device using multiple energy sources for supplying a predetermined amount of electrical power, wherein the multiple energy sources comprise a plurality of power sources, each having a different generating capacity and each output value thereof varying independently, the device comprising: | Schneider Electric provides a power charging device (e.g. the Conext XW+ Multi-Unit Power System)  using multiple energy sources  (e.g. solar energy, wind energy, geothermal energy, etc.) supplying a predetermined amount of electrical power (e.g. current/voltage) , wherein the multiple energy sources comprise a plurality of power sources (e.g. PV arrays, wind turbines, etc.), each having a different generating capacity and each output value thereof varying independently (inherent in the sources).<br><br><br><br>https://41j5tc3akbrn3uezx5av0jj1bgm-wpengine.netdna-ssl.com/wp-content/uploads/2016/12/Conext-XW-Multi-Unit-Power-System-Design-Guide-975-0739-01-01_Rev-C_ENG.pdf<br>https://41j5tc3akbrn3uezx5av0jj1bgm-wpengine.netdna-ssl.com/wp-content/uploads/2018/01/ML201711_Conext-XW-230V-Owners-Guide-975-0713-01-01_Rev-D_ENG.pdf<br><br>Conext™ XW+ Multi-Unit Power Systems<br><br>Design Guide<br><br>https://41j5tc3akbrn3uezx5av0jj1bgm-wpengine.netdna-ssl.com/wp-content/uploads/2016/12/Conext-XW-Multi-Unit-Power-System-Design-Guide-975-0739-01-01_Rev-C_ENG.pdf |



https://41j5tc3akbrn3uezx5av0jj1bgm-wpengine.netdna-ssl.com/wp-content/uploads/2016/12/Conext-XW-Multi-Unit-Power-System-Design-Guide-975-0739-01-01_Rev-C_ENG.pdf

Multi-Unit Power System can be used as a grid-tie power backup equipment or as primary power sources for off-grid sites. They may or may not have solar energy harvest capability or other alternate energy sources.

Electrically, all the power devices are connected to a common AC bus using appropriate circuit breakers, electrical panels, combiner boxes and/or power distribution panels (PDP).

A full function Multi-Unit Power System is able to harvest energy (store it, regulate it, and distribute it) through AC breaker panels. If the system is equipped with solar energy harvest capability, harvested energy that is not stored may be consumed on site, may be exported to the grid, or a combination of the two depending on the multi-unit configuration.

Multi-Unit Power Systems have different applications (see page 1–3), many types and power ratings (see page 1–3), and a structure that forms the system (see page 1–4).

https://41j5tc3akbrn3uezx5av0jj1bgm-wpengine.netdna-ssl.com/wp-content/uploads/2016/12/Conext-XW-Multi-Unit-Power-System-Design-Guide-975-0739-01-01_Rev-C_ENG.pdf

## Types and Power Ratings of XW+ Multi-Unit Power Systems

1. **Multi-Unit Single-Phase Power System**

   A multiple inverter power system of XW+ inverters can consist of two to four battery-based inverters along with additional AC or DC-Coupled solar arrays or other "popup" sources.

https://41j5tc3akbrn3uezx5av0jj1bgm-wpengine.netdna-ssl.com/wp-content/uploads/2016/12/Conext-XW-Multi-Unit-Power-System-Design-Guide-975-0739-01-01_Rev-C_ENG.pdf

## AC Input Settings

> ⚠ **WARNING**
>
> **ADVANCED CONFIGURATION HAZARD**
>
> Advanced menu settings should be used by qualified personnel only.
>
> Three phase operation should be configured by qualified personnel only.
>
> Consult with the local utility before enabling Conext XW+ sell mode or grid support functions.
>
> Do not change these settings unless you are under the supervision and direction of qualified personnel.
>
> **Failure to follow these instructions can result in death or serious injury.**

The `AC Settings` menu configures the voltage and frequency limits for AC port 1 (Grid) and AC port 2 (Gen). These are the limits at which the Conext XW+ considers AC input voltage qualified—that is, suitable for charging batteries or passing through to loads attached to AC OUT. If the input voltage is not qualified according to these settings, the Conext XW+ reverts to inverting external DC energy to AC energy for loads on AC OUT.

https://41j5tc3akbrn3uezx5av0jj1bgm-wpengine.netdna-ssl.com/wp-content/uploads/2018/01/ML201711_Conext-XW-230V-Owners-Guide-975-0713-01-01_Rev-D_ENG.pdf

**Table 3-5** AC Settings menu

| Item | Description |
|---|---|
| AC Priority | Sets the priority for the AC input source (AC1 or AC2) for qualification and transfer.<br><br>In systems that use both utility grid (AC1) and generator (AC2) input, it is recommended that you set `AC Priority` to AC1. Assuming the generator is intended for occasional use only, the Conext XW+ will use utility power. It will use the generator only if AC1 is unavailable, and if the generator is running. |
| AC1 Breaker | Sets the AC1 (Grid) breaker size, based on the size of the breaker installed upstream from the AC1 connection port. The installed breaker size must not exceed the capacity of the upstream distribution panel. <u>The Conext XW+ limits the maximum current draw on AC1 to this setting by derating its charging current to an equivalent of 80% of the AC1 breaker setting.</u><br><br>However, if the connected loads on AC OUT exceed the AC1 breaker setting, the upstream AC breaker trips. The breaker may not trip if grid support is enabled and battery voltage is above the `Grid Supp Volts` setting, or if peak load shave is enabled and the load shave time window is active. |
| AC1 Lo Volt | Minimum acceptable input voltage level from the utility grid. |
| AC1 Hi Volt | Maximum acceptable input voltage level from the utility grid. |
| AC1 Lo Freq | Minimum acceptable utility grid input frequency. |
| AC1 Hi Freq | Maximum acceptable utility grid input frequency. |

https://41j5tc3akbrn3uezx5av0jj1bgm-wpengine.netdna-ssl.com/wp-content/uploads/2018/01/ML201711_Conext-XW-230V-Owners-Guide-975-0713-01-01_Rev-D_ENG.pdf

**Table 3-5** AC Settings menu

| Item | Description |
|---|---|
| AC2 Breaker | Sets the AC2 (Gen) breaker size, based on the size of the installed AC breaker upstream from the AC2 connection port. The installed upstream breaker and the AC2 breaker set point must not exceed the capacity of the generator. <u>The Conext XW+ limits the maximum current draw on AC2 by derating its charging current to an equivalent of 80% of the AC2 breaker setting.</u><br><br>However, if the connected loads on AC OUT exceed the AC2 breaker setting, the upstream AC breaker trips. The breaker may not trip if `Gen Support` is enabled and `Gen Amps` is configured not to exceed the generator's rated output current. |
| AC2 Lo Volt | Minimum acceptable input voltage level from the generator. |
| AC2 Hi Volt | Maximum acceptable input voltage level from the generator. |
| AC2 Lo Freq | Minimum acceptable generator input frequency. |
| AC2 Hi Freq | Maximum acceptable generator input frequency. |

For default settings, see "AC Menu" on page B–4.

https://41j5tc3akbrn3uezx5av0jj1bgm-wpengine.netdna-ssl.com/wp-content/uploads/2018/01/ML201711_Conext-XW-230V-Owners-Guide-975-0713-01-01_Rev-D_ENG.pdf

**Table 2-1** Conext XW+ Home Screen States

| Conext XW+ Status | Displayed When... |
|---|---|
| Float | The Conext XW+ is float charging the batteries from qualified AC input from the utility grid (AC1) or a generator (AC2). The Conext XW+ is set for three-stage charging. AC input is also passed through to the load while float charging. |
| CHG Finish | The Conext XW+ has completed charging or the charge cycle has been interrupted and is transitioning to the next state. This stage lasts about one minute, while the battery is allowed to settle and battery voltage to drop back to normal. The delay keeps the Conext XW+ from unnecessarily transitioning to grid support (if enabled) due to the high battery voltage after a charge cycle. |
| Fault | The Conext XW+ has an active fault. The Fault/Warning light on the Conext SCP is on. |
| Gen Support | There is AC input from the generator on AC2, and the Conext XW+ is supporting the generator by supplying additional power to the loads attached to AC Out. |
| | The Conext XW+ supports the generator (or other power source connected to the generator [default AC2] input) when the AC load current drawn from the generator exceeds the GenSup Amps setting for 1 to 2 seconds.<br><br>The Conext XW+ uses stored battery energy to load share with the generator until the total AC load current (generator plus Conext XW+ output) drops by 2 amps plus 10 per cent of the GenSup Amps setting for 0.5 seconds.<br><br>For example, if GenSup Amps is set to 10 amps, the Conext XW+ starts to support when the load exceeds 10 amps for 2 seconds and stops when it drops more than 3 amps below the GenSup Amps setting, or 7 amps (2 amps plus 10 per cent of 10 amps = 3 amps). |
| | The system can enter this state if the battery voltage is above Low Batt Cut Out +2V and generator support is enabled. See "Generator Support Settings" on page 3–32. |

https://41j5tc3akbrn3uezx5av0jj1bgm-wpengine.netdna-ssl.com/wp-content/uploads/2018/01/ML201711_Conext-XW-230V-Owners-Guide-975-0713-01-01_Rev-D_ENG.pdf

**Table 2-1** Conext XW+ Home Screen States

| Conext XW+ Status | Displayed When... |
|---|---|
| Load Shaving | The Conext XW+ supports the utility grid when there is AC input on AC1 and the current required to power the loads rises above the Load Shave Amps setting between the Load Shave Start and Load Shave Stop times set on the Grid Support menu. However, AC charging including force charging is disabled during these times. AC charging is enabled when battery voltage falls below [LBCO + 1V]. For an illustration, see Figure 3-7 on page 3–26. |
| | When load shaving, the Conext XW+ uses stored battery energy to reduce the peak load on the AC1 input by providing the difference between the actual load current and the Load Shave Amps setting. The Conext XW+ enters this state only when Grid Support is enabled, the load shave time window is valid and the load draw exceeds the Load Shave Amps setting. The battery voltage must also be between ReCharge Volts +0.5 V and the Grid Supp Volts setting. See "Grid Support Settings" on page 3–24. |

https://41j5tc3akbrn3uezx5av0jj1bgm-wpengine.netdna-ssl.com/wp-content/uploads/2018/01/ML201711_Conext-XW-230V-Owners-Guide-975-0713-01-01_Rev-D_ENG.pdf

**Table 3-6** Grid Support Settings Menu

| Item | Description |
|---|---|
| Load Shave Amps | Sets the maximum amount of current that can be drawn from the AC1 (grid) input by the loads and battery charger combined. This setting determines the amperage level at which the inverter starts drawing power from the batteries to add to the utility power to meet the demand of the loads. |
| | Typically, this value is set to the size of the AC circuit breakers feeding the inverter's AC input or the peak usage surcharge threshold imposed by the utility, if applicable. |
| Load Shave Start | Sets the time of day that the Load Shave feature operates. This feature is suited for regions where local utilities impose peak usage surcharges. The inverter provides load shaving power as long as battery voltage is 2 V or more above **Low Batt Cut Out**. See "Load Shave Mode" on page 3–26. |
| Load Shave Stop | Sets the time of day that the load shave feature stops operating. If **Load Shave** is set to enabled and **Load Shave Start** and **Load Shave Stop** are set to the same time, the Conext XW+ load shaves continuously. |

https://41j5tc3akbrn3uezx5av0jj1bgm-wpengine.netdna-ssl.com/wp-content/uploads/2018/01/ML201711_Conext-XW-230V-Owners-Guide-975-0713-01-01_Rev-D_ENG.pdf

## Peak Load Shaving (PLS)

Many utilities impose a surcharge on their customers based on the peak load used by a facility. To reduce utility peak demand charges, the inverter can be configured (using the **Load Shave Amps** setting) to limit the maximum draw the AC loads place on the utility. The inverter can be programmed to provide power above a specified level to avoid the surcharge. When the utility current draw reaches the maximum level, the inverter assists by sourcing power from the batteries to the loads.

For PLS to be effective, all loads must be connected to the inverter. For large loads, multiple (or stacked) inverters may be required.

To help the batteries supplement the power requirements of the connected load, an additional source of power (solar, wind, or hydroelectric) is recommended.

The default PLS setting for Time in Float is zero. In this case, PLS is only entered/exited as programmed within the time window.

When the Time in Float is different than zero, PLS shall start only if the battery amperage remained at the specified level for the configured time.

**Example Settings**  Load Shave=Enabled, Load Shave Amps=10 A, LoadShaveStart=6:00pm, LoadShaveStart=9:00pm, Time in Float=60 min, PLS Dly 2h= Enabled

With these example settings, the Conext XW+ would enter PLS within the configured window of time only if the battery was charged from MPPT in Float (including Absorption) for 2 hours.

https://41j5tc3akbrn3uezx5av0jj1bgm-wpengine.netdna-ssl.com/wp-content/uploads/2018/01/ML201711_Conext-XW-230V-Owners-Guide-975-0713-01-01_Rev-D_ENG.pdf

| | |
|---|---|
| | **Generator Support Settings**<br><br>⚠ **WARNING**<br><br>**ADVANCED CONFIGURATION HAZARD**<br>Advanced menu settings should be used by qualified personnel only.<br>Three phase operation should be configured by qualified personnel only.<br>Consult with the local utility before enabling Conext XW+ sell mode or grid support functions.<br>Do not change these settings unless you are under the supervision and direction of qualified personnel.<br>**Failure to follow these instructions can result in death or serious injury.**<br><br>Generator support allows power to be automatically drawn from the batteries to assist an AC generator on AC2 to support heavy loads on AC OUT (loads that exceed the available power from the generator).<br><br>*Power source each having different generating capacity*<br><br>Generators have a limited output current and it is possible to reach this limit when operating heavy loads. The Conext XW+ is designed to assist the generator when heavy current demands load down the generator by supplying additional power from the batteries.<br><br>In addition, the battery charger can reduce its charging current to the batteries so the combined AC current required for charging and the total load current do not exceed the capacity of the generator or trip its output breakers or fuses.<br><br>For imbalanced loads and small generators, the generator support feature may be used. When **GenSupp Mode** is enabled, the Conext XW+ will connect the center of its transformer to the AC2 input neutral to act as a load balancing transformer. Generator support is most effective for generators under 5 kW. See Table 3-12, "Advanced Features Menu" on page 3–45.<br><br>https://41j5tc3akbrn3uezx5av0jj1bgm-wpengine.netdna-ssl.com/wp-content/uploads/2018/01/ML201711_Conext-XW-230V-Owners-Guide-975-0713-01-01_Rev-D_ENG.pdf |
| output changing means which is provided for each of the power sources and which changes the variable output value to a desired output value; and | Schneider Electric provides output changing means (e.g. inverter/rectifier, Conext XW+) which is provided for each of the power sources (e.g the grid feed, PV arrays, wind, etc.) and which changes the variable output value to a desired output value (e.g. programmed AC input mode, from a range of selectable limits; "inverter can be programmed to provide power above a specified level to avoid the surcharge. When the utility current draw reaches the maximum level, the inverter assists by sourcing power from the batteries to the loads"); |



https://41j5tc3akbrn3uezx5av0jj1bgm-wpengine.netdna-ssl.com/wp-content/uploads/2016/12/Conext-XW-Multi-Unit-Power-System-Design-Guide-975-0739-01-01_Rev-C_ENG.pdf

## Configuration Tree

**Multi-Unit System**

- **Single-Phase (1Ph)**
  - **Configuration 1**
    Peak Power:
    34.0kVA
    See page 2–9.
  - **Without Transfer Switch**
    - **Configuration 2**
      Peak Power:
      13.8kVA(IEC),
      11.5kVA(UL)
      See page 2–13.
    - **Configuration 3**
      Peak Power:
      34.0kVA
      See page 2–16.
- **Three-Phase (3Ph)**
  - **Configuration 4**
    Peak Power:
    76.5kVA(IEC),
    64.8kVA(UL)
    See page 2–19.
  - **Without Contactor**
    - **Configuration 5**
      Peak Power:
      41.4kVA(IEC),
      17.2kVA(UL)
      See page 2–26.
    - **Configuration 6**
      Peak Power:
      76.5kVA(IEC),
      64.8kVA(UL)
      See page 2–29.

Output changing means to change the variable output to a desire output value

Power Source | Power Source

1Ph - AC | 3Ph - AC | Multi-Unit System | Transfer Switch | Contactor | Storage - DC | Load

https://41j5tc3akbrn3uezx5av0jj1bgm-wpengine.netdna-ssl.com/wp-content/uploads/2016/12/Conext-XW-Multi-Unit-Power-System-Design-Guide-975-0739-01-01_Rev-C_ENG.pdf

## Types and Power Ratings of XW+ Multi-Unit Power Systems

1. **Multi-Unit Single-Phase Power System**

   A multiple inverter power system of XW+ inverters can consist of two to four battery-based inverters along with additional AC or DC-Coupled solar arrays or other "popup" sources.

https://41j5tc3akbrn3uezx5av0jj1bgm-wpengine.netdna-ssl.com/wp-content/uploads/2016/12/Conext-XW-Multi-Unit-Power-System-Design-Guide-975-0739-01-01_Rev-C_ENG.pdf

## Configuration 2 (With AC Source)



Single-phase System -> Without External Transfer Switch -> Connected to an AC Source

### Electrical Configuration and Power Ratings

As mentioned in the introduction, each XW+ inverter has a built-in transfer relay rated at 60A. This internal transfer relay lets an AC source, such as utility grid AC, pass-through to the loads. When the flow of AC source is interrupted, the transfer relays open and the inverters enter inverting mode to supply power to the loads from the battery. In configurations such as the one represented in Figure 2-8 on page 2–13 where no external transfer switch is being used, the system is subject to the 60A limit of the internal relays. As a result, associated power ratings and supported features are listed in Table 2-5 and Table 2-6 on page 2–14.

[Figure 2-8 diagram: 60A breaker, AC 1, AC Out, AC Source Grid / GenSet, AC load panel, with legend showing AC Breaker connection, AC cable (L-G), AC/DC Bus bar connection, DC Breaker/disconnect device, DC cable (–), DC cable (+).

NOTE: As a matter of simplicity, DC-coupled or AC-coupled PV are not represented. However, they can be integrated into the system as shown in Figure 2-6 on page 2–9.]

**Figure 2-8** Single-phase-No External Transfer Switch-AC Source Configuration

https://41j5tc3akbrn3uezx5av0jj1bgm-wpengine.netdna-ssl.com/wp-content/uploads/2016/12/Conext-XW-Multi-Unit-Power-System-Design-Guide-975-0739-01-01_Rev-C_ENG.pdf

| AC input | | |
|---|---|---|
| AC 1 (grid) input current (selectable limit) | 3 – 60 A (56 A default) | 3 – 60 A (56 A default) |
| AC 2 (generator) input current (selectable limit) | 3 – 60 A (56 A default) | 3 – 60 A (56 A default) |
| Automatic transfer relay rating/typical transfer time | 60 A/8 ms | 60 A/8 ms |
| AC input voltage nominal | 230 V +/- 3% | 230 V +/- 3% |
| AC input frequency range (bypass/charge mode) | 45 – 55 Hz (default) 40 – 68 Hz (allowable) | 45 – 55 Hz (default) 40 – 68 Hz (allowable) |

https://41j5tc3akbrn3uezx5av0jj1bgm-wpengine.netdna-ssl.com/wp-content/uploads/2019/08/DS20190807_Conext-XW-230-V-Datasheet.pdf

## Prioritizing and Managing Energy Sources with Advanced Features

The Conext XW+ can be programmed to control how and when to use utility power. Advanced features allow management of peak loads and time-of-use billing.

https://41j5tc3akbrn3uezx5av0jj1bgm-wpengine.netdna-ssl.com/wp-content/uploads/2018/01/ML201711_Conext-XW-230V-Owners-Guide-975-0713-01-01_Rev-D_ENG.pdf

## Grid Support

**⚠ WARNING**

**ADVANCED CONFIGURATION HAZARD**

Advanced menu settings should be used by qualified personnel only.
Three phase operation should be configured by qualified personnel only.
Consult with the local utility before enabling Conext XW+ sell mode or grid support functions.
Do not change these settings unless you are under the supervision and direction of qualified personnel.

**Failure to follow these instructions can result in death or serious injury.**

**Note:** Grid support and Sell functions are modes of operation that are subject to local and/or national grid interconnection requirements in most jurisdictions. It is the responsibility of the installer and system operator to make sure that all applicable procedures and technical requirements are complied with before turning on either of these modes. The interconnect codes and standards with which the Conext XW+ complies are listed in the Specifications section on page A–8.

The grid support mode allows the Conext XW+ to support local loads by converting excess capacity from external DC sources connected to its battery bank. Examples of external DC sources are solar charge controllers and batteries.

For Grid Support to function, Grid Support must be enabled on the Setup menu and the battery voltage must be above the Grid Supp Volts setting.

https://41j5tc3akbrn3uezx5av0jj1bgm-wpengine.netdna-ssl.com/wp-content/uploads/2018/01/ML201711_Conext-XW-230V-Owners-Guide-975-0713-01-01_Rev-D_ENG.pdf

## Peak Load Shaving (PLS)

Many utilities impose a surcharge on their customers based on the peak load used by a facility. To reduce utility peak demand charges, the inverter can be configured (using the **Load Shave Amps** setting) to limit the maximum draw the AC loads place on the utility. The inverter can be programmed to provide power above a specified level to avoid the surcharge. When the utility current draw reaches the maximum level, the inverter assists by sourcing power from the batteries to the loads.

For PLS to be effective, all loads must be connected to the inverter. For large loads, multiple (or stacked) inverters may be required.

To help the batteries supplement the power requirements of the connected load, an additional source of power (solar, wind, or hydroelectric) is recommended.

The default PLS setting for Time in Float is zero. In this case, PLS is only entered/exited as programmed within the time window.

When the Time in Float is different than zero, PLS shall start only if the battery amperage remained at the specified level for the configured time.

https://41j5tc3akbrn3uezx5av0jj1bgm-wpengine.netdna-ssl.com/wp-content/uploads/2018/01/ML201711_Conext-XW-230V-Owners-Guide-975-0713-01-01_Rev-D_ENG.pdf

*Showing adjustable AC current to load as well as DC to AC conversion to load while the power source is either the AC in or DC in.*

| | |
|---|---|
| | There are two modes of operation within Grid Support.<br><br>- **Grid Support enabled, Sell disabled**<br>  In this mode, available excess DC power is converted and used to power local loads. No power is exported to the utility. If the local load demand exceeds the available power from the external DC sources, power is then drawn from the utility to support the load. However, if the local load demand is less than the power available from external DC sources, the net excess power from the external DC sources is not converted and hence not used.<br>- **Grid Support enabled, Sell enabled**<br>  In this mode, all available excess DC power is first used to power local loads. Any remaining power is exported to the utility grid.<br><br>https://41j5tc3akbrn3uezx5av0jj1bgm-wpengine.netdna-ssl.com/wp-content/uploads/2018/01/ML201711_Conext-XW-230V-Owners-Guide-975-0713-01-01_Rev-D_ENG.pdf<br><br>**Enhanced Grid Support with Conext MPPT Solar Charge Controllers** This setup is suitable for Conext Systems with only Conext MPPT Solar Charge Controller(s) networked to Conext XW+ units through Xanbus. In this configuration, `Grid Supp Volts` is set above the charge controller's Equalization voltage (for example, 64 volts).<br><br>In an enhanced grid support set up the Conext XW+ automatically tracks the Conext MPPT Solar Charge Controller voltage as it transitions through charge states (from bulk to absorption to float). This allows the system to execute a complete battery charge cycle while still converting excess DC power to AC power to support the AC loads or be exported to the utility grid. In doing so, the Conext XW+ only uses excess DC not required by the battery or used to support local AC loads and sells it to the grid, thereby maximizing the use of the PV array. Since this set up allows the battery bank voltage to reach absorption levels (when PV harvest is adequate), the state of health of the battery is improved. The<br><br>https://41j5tc3akbrn3uezx5av0jj1bgm-wpengine.netdna-ssl.com/wp-content/uploads/2018/01/ML201711_Conext-XW-230V-Owners-Guide-975-0713-01-01_Rev-D_ENG.pdf<br><br>*Showing adjustable conversion of DC to AC when power source is DC for example from a PV setup and or/a battery.*<br><br>There are two modes of operation within Grid Support.<br><br>- **Grid Support enabled, Sell disabled**<br>  In this mode, available excess DC power is converted and used to power local loads. No power is exported to the utility. If the local load demand exceeds the available power from the external DC sources, power is then drawn from the utility to support the load. However, if the local load demand is less than the power available from external DC sources, the net excess power from the external DC sources is not converted and hence not used.<br>- **Grid Support enabled, Sell enabled**<br>  In this mode, all available excess DC power is first used to power local loads. Any remaining power is exported to the utility grid.<br><br>https://41j5tc3akbrn3uezx5av0jj1bgm-wpengine.netdna-ssl.com/wp-content/uploads/2018/01/ML201711_Conext-XW-230V-Owners-Guide-975-0713-01-01_Rev-D_ENG.pdf<br><br>*Showing adjustable conversion of DC to AC when power source is DC for example from a PV setup and or/a battery and utilizing this source in lieu of the grid or other AC power source.* |
| charging means which outputs the | Schneider Electric provides a charging means (e.g. the MPPT Solar Charge Controllers) which outputs the desired output voltage value to the output changing means (e.g. the |

| | |
|---|---|
| desired output voltage value to the output changing means and which supplies the power from the plurality of connected power sources. | inverter/rectifier, Conext XW+) and which supplies the power from the plurality of connected power sources (e.g. grid fee, PV arrays, wind, etc).<br><br><br><br>Figure 1-1 Example of a Multi-Unit Power System<br><br>https://41j5tc3akbrn3uezx5av0jj1bgm-wpengine.netdna-ssl.com/wp-content/uploads/2016/12/Conext-XW-Multi-Unit-Power-System-Design-Guide-975-0739-01-01_Rev-C_ENG.pdf |

## Configuration 2 (With AC Source)




**Single-phase System -> Without External Transfer Switch -> Connected to an AC Source**

### Electrical Configuration and Power Ratings

As mentioned in the introduction, each XW+ inverter has a built-in transfer relay rated at 60A. This internal transfer relay lets an AC source, such as utility grid AC, pass-through to the loads. When the flow of AC source is interrupted, the transfer relays open and the inverters enter inverting mode to supply power to the loads from the battery. In configurations such as the one represented in Figure 2-8 on page 2–13 where no external transfer switch is being used, the system is subject to the 60A limit of the internal relays. As a result, associated power ratings and supported features are listed in Table 2-5 and Table 2-6 on page 2–14.




**Figure 2-8** Single-phase-No External Transfer Switch-AC Source Configuration

https://41j5tc3akbrn3uezx5av0jj1bgm-wpengine.netdna-ssl.com/wp-content/uploads/2016/12/Conext-XW-Multi-Unit-Power-System-Design-Guide-975-0739-01-01_Rev-C_ENG.pdf

### Electrical Configuration and Power Ratings




**Figure 2-6** Single-phase-With External Transfer Switch Configuration


https://41j5tc3akbrn3uezx5av0jj1bgm-wpengine.netdna-ssl.com/wp-content/uploads/2016/12/Conext-XW-Multi-Unit-Power-System-Design-Guide-975-0739-01-01_Rev-C_ENG.pdf

**Enhanced Grid Support with Conext MPPT Solar Charge Controllers** This setup is suitable for Conext Systems with only Conext MPPT Solar Charge Controller(s) networked to Conext XW+ units through Xanbus. In this configuration, **`Grid Supp Volts`** is set above the charge controller's Equalization voltage (for example, 64 volts).

In an enhanced grid support set up the Conext XW+ automatically tracks the Conext MPPT Solar Charge Controller voltage as it transitions through charge states (from bulk to absorption to float). This allows the system to execute a complete battery charge cycle while still converting excess DC power to AC power to support the AC loads or be exported to the utility grid. In doing so, the Conext XW+ only uses excess DC not required by the battery or used to support local AC loads and sells it to the grid, thereby maximizing the use of the PV array. Since this set up allows the battery bank voltage to reach absorption levels (when PV harvest is adequate), the state of health of the battery is improved. The

https://41j5tc3akbrn3uezx5av0jj1bgm-wpengine.netdna-ssl.com/wp-content/uploads/2018/01/ML201711_Conext-XW-230V-Owners-Guide-975-0713-01-01_Rev-D_ENG.pdf

sell entry and regulation voltage level is 1 V below absorption and float of the Conext Solar Charge Controller set points. The exit from sell is 1.5 V below absorption and float of the Conext Solar Charge Controller set points.




**Figure 3-8** Grid-tie Sell Mode

https://41j5tc3akbrn3uezx5av0jj1bgm-wpengine.netdna-ssl.com/wp-content/uploads/2018/01/ML201711_Conext-XW-230V-Owners-Guide-975-0713-01-01_Rev-D_ENG.pdf